**Samson J. HYPOLITE, Appellant,**

v.

**John E. POTTER, Postmaster General, Appellee.**

No. 2008–1196.

United States Court of Appeals, Federal Circuit.

March 13, 2008.

Samson J. Hypolite, pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**UNITED STATES, Plaintiff–Appellee,**

v.

**INN FOODS, INC., Defendant–Appellant.**

No. 2008–1118.

United States Court of Appeals, Federal Circuit.

March 13, 2008.

## ORDER

Order Vacated, See 2008 WL 1946750.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.